**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number   2026-CA-0048

Timothy Soignet in his official capacity as Sheriff and ex
officio tax collector of Terrebonne Parish

- - Versus - -

Louisiana Tax Commission, Craig Roussel in his capacity as
Chairman of the Louisiana Tax Commission, Loney Grabert
in his official capacity as Tax Assessor of Terrebonne Parish
and Blake International Rigs LLC

Louisiana Board of Tax Appeals
Case #: 2449
East Baton Rouge Parish

On Application for Rehearing filed on   06/30/2026 By Timothy Soignet in his official capacity as Sheriff and ex
officio tax collector of Terrebonne Parish

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Kelly E. Balfour

Date   **JUL 0 9 2026**
_____

_____
Rodd Naquin, Clerk